THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES P. WOLCOTT, Appellant.— Time for argument of appeal enlarged to and including November term. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ANTHONY PACER, Respondent, v. WLADYSLAW PIECZYNSKI and Others, Appellants.— Stay pending appeal granted that the bond of $500 be continued and that the printed records and briefs be filed and served by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

LOUIS WIDERKER and Another, Plaintiffs, v. JAMES ALAIMO and Another, Defendants. LUCIA P. ANGE, Appellant; JACOB ROSENZWEIG, as Receiver for JAMES ALAIMO, Respondent.— Appeals dismissed, with costs, for failure of appellant to comply with order entered May 26, 1931. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GERTRUDE RAYNER, as Administratrix, etc., of EDWARD A. RAYNER, Deceased, Respondent, v. WILLIAM EASTON, Appellant.— Appeal dismissed unless appellant shall file and serve briefs by October third. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Voluntary Dissolution of DOYLE GASOLINE & OIL COMPANY, INCORPORATED.— Appeal dismissed unless appellant shall file and serve briefs by October sixth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

UNION TRUST COMPANY OF ROCHESTER, as Committee of the Property of MALINA K. VOGAN, Respondent, v. LOTTA F. CALHOUN, Appellant.— Motion to dismiss appeal from judgment denied. Appeal from order dismissed unless appellant shall file and serve briefs by October second. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

## FIRST DEPARTMENT, OCTOBER, 1931.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO BARTESELLA, Appellant.

PER CURIAM. We are of the opinion that the rights of the defendant were not sufficiently protected. The judgment should be reversed and a new trial ordered. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. Judgment reversed and a new trial ordered.

ORANGE NATIONAL BANK and Another v. 2235 WEBSTER AVENUE CORPORATION and Others, Impleaded with 6802 RIDGE BOULEVARD CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Supplementary Proceedings: FREDERICK C. REYNOLDS and JOHN GROULS, JR., v. WILLIAM F. KIP and Others, and GEIGY COMPANY, INC.— Motion granted. Unless appeal is brought on so that it may be argued or submitted on or before November 6, 1931, stay will be vacated forthwith. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.